**JOHN K. PARK, ESQ. (SBN 175212)**
park@parklaw.com
**IN PYO HWANG, ESQ. (SBN 280202)**
shwang@parklaw.com
**PARK LAW FIRM**
**3255 Wilshire Blvd., Suite 1110**
**Los Angeles, California 90010**
**Telephone: (213) 389-3777**
**Facsimile: (213) 389-3377**

Attorneys for Plaintiff,
ELITE SUBLIMATION, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITE SUBLIMATION, INC.<br><br>Plaintiffs,<br><br>MI MANCHI, INC. d/b/a C2S Production; ROSS STORES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants | CASE NO.: CV12-9165-MWF(JEMx)<br>Hon. Michael W. Fitzgerald<br><br>**ORDER ON STIPULATION TO DISMISS** |

GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice;
2. All parties to this stipulation will bear their own fees as incurred in connection with this action; and

3. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

<u>SO ORDERED</u>.

Dated:   February 13, 2013          By:_____
                                    Hon. Michael W. Fitzgerald