JOHN K. PARK, ESQ. (SBN 175212)
park@parklaw.com
IN PYO HWANG, ESQ. (SBN 280202)
shwang@parklaw.com
**PARK LAW FIRM**
**3255 Wilshire Blvd., Suite 1110**
**Los Angeles, California 90010**
**Telephone: (213) 389-3777**
**Facsimile: (213) 389-3377**

Attorneys for Plaintiff,
ELITE SUBLIMATION, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITE SUBLIMATION, INC. <br><br> Plaintiffs, <br><br> MI MANCHI, INC. d/b/a C2S Production; ROSS STORES, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants | CASE NO.: CV12-9165-MWF(JEMx) <br> Hon. Michael W. Fitzgerald <br><br> **ORDER ON STIPULATION TO DISMISS** |

GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice;
2. All parties to this stipulation will bear their own fees as incurred in connection with this action; and

3. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

SO ORDERED.

Dated:   February 13, 2013              By: _____
                                            Hon. Michael W. Fitzgerald